UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES BLACKMON, a/k/a Jimmy Andrew Underwood, by and through his Guardian of the Estate, Paul Truett Canady, II Plaintiffs, v. JAMES HOLDER, in his individual capacity, ANDREW MUNDAY, in his individual capacity and CITY OF RALEIGH Defendants. | **JUDGMENT** No. 5:23-CV-578-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 11, 2024, and for the reasons set forth more specifically therein, it is ordered that defendants' motions to dismiss are GRANTED.

**This judgment Filed and Entered on September 11, 2024, and Copies To:**
Sonya Pfeiffer / David Rudolp (via CM/ECF Notice of Electronic Filing)
Daniel Edward Peterson / Jason Benton / Carolina Barrineau (via CM/ECF Notice of Electronic Filing)
Rachel Keen / Sonny Haynes (via CM/ECF Notice of Electronic Filing)
Norwood P. Blanchard, III (via CM/ECF Notice of Electronic Filing)


September 11, 2024 PETER A. MOORE, JR., CLERK

   /s/Sandra K. Collins
 (By)Sandra K. Collins, Deputy Clerk